# EXHIBIT B

**ASK LLP**
151 West 46th Street
4th Floor
New York, NY 10036

| Invoice submitted to: |
|---|
| HMX Acquisition Corp |

| Invoice Date | | Invoice Number | Last Bill Date |
|---|---|---|---|
| May 28, 2013 | | 10186 | |

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/14/2012 | MU | Advise<br>Emails with E. Caldie re: SDNY retention procedures<br>Fee/Employment Applications | 0.70<br>425.0/hr | 297.5 |
| 11/15/2012 | SH | Advise<br>Revise Application, Declaration and Proposed Order for Retention of Leonard Street (2); correspondence re the same (.3)<br>Fee/Employment Applications | 2.30<br>325.0/hr | 747.5 |
| 11/16/2012 | EN | Advise<br>Pre court meeting with various parties (.5); attend court hearing (1.5); post court meeting with counsel and committee member (1.5); meeting with debtor counsel and SIP counsel (1.5); meeting with potential FAs (1); meeting with committee re FAs/update (.7); review confi (.2).<br>Fee/Employment Applications | 6.90<br>450.0/hr | 3,105.0 |
| | MU | Advise<br>Confer with R. Kluger and E. Caldie re: SDNY procedures; hearing appearances and first day pleadings<br>Fee/Employment Applications | 1.30<br>425.0/hr | 552.5 |
| | SH | Advise<br>Revise Pro Hac Vice and correspondence re the same; correspondence with UST re Application to Employ and Retain Leonard, Street and Deinard Professional Association<br>Fee/Employment Applications | 0.70<br>325.0/hr | 227.5 |

HMX Acquisition Corp                                                                                                Page    2

|            |    |                                                                                                                                                 | Hrs/Rate       | Amount  |
|------------|----|-------------------------------------------------------------------------------------------------------------------------------------------------|----------------|---------|
| 11/19/2012 | MU | Advise<br>Review and revise retention application; email exchange with E. Caldie re: procedure for financial advisor retention<br>Fee/Employment Applications | 0.80<br>425.0/hr | 340.0   |
|            | MU | Advise<br>Review/finalize Leonard Street pro hac vice applications<br>Fee/Employment Applications                                              | 0.40<br>425.0/hr | 170.0   |
|            | SH | Advise<br>Correspond regarding objections; e-file re the same<br>Financing                                                                      | 0.60<br>325.0/hr | 195.0   |
|            | SH | Advise<br>Draft Retention Application for ASK LLP (1.7); correspond re same (.3)<br>Fee/Employment Applications                                | 2.00<br>325.0/hr | 650.0   |
| 11/20/2012 | MU | Advise<br>Review and revise Leonard Street and ASK LLP retention applications<br>Fee/Employment Applications                                    | 2.80<br>425.0/hr | 1,190.0 |
| 11/21/2012 | MU | Advise<br>Confer with N. Khodorovsky re: retention applications (.2); revise and circulate retention applications (2)<br>Fee/Employment Applications | 2.20<br>425.0/hr | 935.0   |
|            | SH | Advise<br>Revise Retention Application of Leonard, Street and Deinard Professional Association and ASK LLP (1); correspondence re the same (.4)<br>Fee/Employment Applications | 1.40<br>325.0/hr | 455.0   |
| 11/27/2012 | SH | Advise<br>Review objections; correspondence re the same<br>Fee/Employment Applications                                                          | 1.00<br>325.0/hr | 325.0   |
| 11/28/2012 | MU | Advise<br>Telephone conference with N. Khodorovsky re: UST comments to retention applications<br>Fee/Employment Applications                    | 0.30<br>425.0/hr | 127.5   |
| 11/30/2012 | MU | Advise<br>Emails with E. Caldie re: retention application revisions and committee member reimbursement issues<br>Fee/Employment Applications    | 0.70<br>425.0/hr | 297.5   |

HMX Acquisition Corp                                                                                                Page     3

|              |     |                                                                                                                                                                                                                                                              | Hrs/Rate        | Amount   |
|--------------|-----|------|---|---|
| 12/4/2012    | MU  | Advise<br>Emails with E. Caldie and N. Khodorovsky re: revised declaration in support of retention<br>Fee/Employment Applications | 0.30<br>425.0/hr | 127.5 |
| 12/5/2012    | MU  | Advise<br>Conferences with S. Hakakian and J. Dibattista re: Leonard Street retention, financial advisor retention and ASK LLP retention<br>Fee/Employment Applications | 0.50<br>425.0/hr | 212.5 |
|              | LNP | Advise<br>Prepared Notice of Service and Notice of Hearing. Prepared App for Employment of Leonard Street and corresponding documents for filing with the court. Filed App via ECF and effectuate service of documents.<br>Fee/Employment Applications | 1.50<br>150.0/hr | 225.0 |
|              | SH  | Advise<br>Revise Leonard Street Retention Application and related exhibits (1.2); correspond with H. Roup and E. Caldie re the same (.3); draft Notice of Hearing and Certificate of Service (.3); call with chambers (.1); correspond with L. Miskowiec re Certificate of Service (.2); call with United States Trustee (.1)<br>Fee/Employment Applications | 2.20<br>325.0/hr | 715.0 |
| 12/6/2012    | SH  | Advise<br>Revise ASK LLP Retention Application and related exhibits (1.4); correspond with chambers (.2), United States Trustee and E. Caldie re the same (.4)<br>Fee/Employment Applications | 2.00<br>325.0/hr | 650.0 |
| 12/7/2012    | JD  | Advise<br>Review and respond to emails regarding case status and Zolfo retention application.<br>Fee/Employment Applications | 1.70<br>450.0/hr | 765.0 |
|              | JD  | Advise<br>Draft and revisions to Zolfo Cooper retention application and all documents in support thereof.<br>Fee/Employment Applications | 3.10<br>450.0/hr | 1,395.0 |
| 12/11/2012   | JD  | Advise<br>Email to E. Caldie regarding ZC retention and related issues.<br>Fee/Employment Applications | 0.30<br>450.0/hr | 135.0 |
|              | SH  | Advise<br>Revise ASK LLP Application and Edward Neiger's Declaration re the same (.5); correspond with Nazar re the same (.1)<br>Fee/Employment Applications | 0.60<br>325.0/hr | 195.0 |

HMX Acquisition Corp                                                                                                        Page     4

|            |     |                                                                                                                                                                      | Hrs/Rate        | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 12/12/2012 | JD  | Advise<br>Review and revise Neiger declaration in support of ASK retention application.<br>Fee/Employment Applications                                                            | 0.70<br>450.0/hr | 315.0  |
|            | MU  | Advise<br>Review/revise ASK retention application and confer with N. Khodorovsky re: same<br>Fee/Employment Applications                                                          | 0.40<br>425.0/hr | 170.0  |
|            | MU  | Advise<br>Confer with E. Caldie re: potential order to show cause filing in connection bid deadline extension; emails with E. Caldie re: same<br>Asset Disposition                | 0.40<br>425.0/hr | 170.0  |
|            | MU  | Advise<br>Review, revise and coordinate filing of objection to sale motion<br>Asset Disposition                                                                                   | 1.30<br>425.0/hr | 552.5  |
|            | LNP | Advise<br>Preparation and assembly of Objection to Sale documents for filing with the court. Filed documents via ECF. effectuate service.<br>Asset Disposition                    | 1.50<br>150.0/hr | 225.0  |
|            | SH  | Advise<br>Revise ASK LLP Application and correspond with UST re the same<br>Fee/Employment Applications                                                                           | 0.40<br>325.0/hr | 130.0  |
| 12/13/2012 | JD  | Advise<br>Continue review and revisions to Zolfo application.<br>Fee/Employment Applications                                                                                      | 1.00<br>450.0/hr | 450.0  |
|            | MU  | Advise<br>Email exchange with S. Hakakian and L. Miskowiec re: ASK retention application<br>Fee/Employment Applications                                                           | 0.30<br>425.0/hr | 127.5  |
|            | LNP | Advise<br>Prepared Notice of Service and Notice of Hearing for ASK LLP Employment App. Filed with the court via ECF. Service documents.<br>Fee/Employment Applications            | 1.50<br>150.0/hr | 225.0  |
|            | SH  | Advise<br>Correspond with H. Roup re ASK LLP Application (.2); prepare filing re the same (.2)<br>Fee/Employment Applications                                                     | 0.40<br>325.0/hr | 130.0  |

HMX Acquisition Corp                                                                                               Page      5

|              |     |                                                                                                                                                                  | Hrs/Rate       | Amount  |
|--------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------------|---------|
| 12/14/2012   | MU  | Advise<br>Confer with E. Caldie re: Calyle bid and related issues<br>Asset Disposition                                                                                             | 0.60<br>425.0/hr | 255.0   |
| 12/17/2012   | JD  | Advise<br>Continue review and finalization of Zolfo application, including conferences with M. Udem regarding same.<br>Fee/Employment Applications                                 | 1.00<br>450.0/hr | 450.0   |
| 12/18/2012   | MU  | Advise<br>Email exchange with N. Khodorovsky, E. Caldie and J. DiBattista re: Zolfo Cooper retention<br>Fee/Employment Applications                                                 | 0.40<br>425.0/hr | 170.0   |
|              | MU  | Advise<br>Telephone conference with N. Khodorovsky re: status of objection to sale<br>Fee/Employment Applications                                                                   | 0.10<br>425.0/hr | 42.5    |
|              | MU  | Advise<br>Review/revise Leonard Street application for monthly compensation<br>Fee/Employment Applications                                                                          | 0.30<br>425.0/hr | 127.5   |
|              | MU  | Advise<br>Confer with E. Caldie re: withdrawal of objection to sale and coordinate filing of same<br>Asset Disposition                                                              | 0.30<br>425.0/hr | 127.5   |
|              | JD  | Advise<br>Emails and conferences regarding Zolfo retention application.<br>Fee/Employment Applications                                                                              | 0.80<br>450.0/hr | 360.0   |
| 12/19/2012   | JD  | Advise<br>Emails and conferences with E. Kardos, E. Neiger, M. Udem, US Trustees office, Bankruptcy Court, and E. Caldie regarding Zolfo retention application and related issues.<br>Fee/Employment Applications | 3.10<br>450.0/hr | 1,395.0 |
|              | LNP | Advise<br>Prepared Notice of Service and Notice of Hearing. Called court to obtain a hearing date for App to Employ of Zolfo.<br>Fee/Employment Applications                       | 1.00<br>150.0/hr | 150.0   |
|              | MU  | Advise<br>Conferences with N. Khodorovksy, J. DiBattista and L. Miskowiec re: Zolfo retention issues; review email correspondence re: same<br>Fee/Employment Applications          | 2.20<br>425.0/hr | 935.0   |

HMX Acquisition Corp                                                                                                       Page     6

|              |    |                                                                                                                                                                     | Hrs/Rate        | Amount  |
|--------------|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|---------|
| 12/19/2012   | EN | Advise<br>correspondences/meetings re ZC retention<br>Fee/Employment Applications                                                                                               | 0.50<br>450.0/hr | 225.0   |
| 12/20/2012   | MU | Advise<br>Telephone conference and emails with Judge Gropper's chambers re: order approving Leonard Street retention<br>Fee/Employment Applications                             | 0.40<br>425.0/hr | 170.0   |
|              | MU | Advise<br>Review/coordinate filing of Leonard Street monthly fee statement<br>Fee/Employment Applications                                                                       | 0.30<br>425.0/hr | 127.5   |
| 12/26/2012   | JD | Advise<br>Telephone conference with US Trustee regarding comment to Zolfo retention application.<br>Fee/Employment Applications                                                 | 0.60<br>450.0/hr | 270.0   |
|              | JD | Advise<br>Draft and transmit email to group regarding revisions to Zolfo retention application; review of documents regarding same.<br>Fee/Employment Applications              | 1.60<br>450.0/hr | 720.0   |
|              | JD | Advise<br>Emails with E. Kardos of Zolfo regarding proposed revisions to Zolfo retention application.<br>Fee/Employment Applications                                            | 0.80<br>450.0/hr | 360.0   |
| 1/2/2013     | JD | Advise<br>Continue review and revisions to Zolfo retention application (2) conferences and emails with E. Kardos. and L. Capen re same (.5)<br>Fee/Employment Applications      | 2.50<br>450.0/hr | 1,125.0 |
| 1/3/2013     | JD | Advise<br>Review revised Zolfo engagement letter and emails to E. Kardos related thereto.<br>Fee/Employment Applications                                                        | 0.50<br>450.0/hr | 225.0   |
|              | JD | Advise<br>Email to E. Caldie regarding Zolfo retention.<br>Fee/Employment Applications                                                                                          | 0.20<br>450.0/hr | 90.0    |
| 1/5/2013     | JD | Advise<br>Review, finalize and file Zolfo Cooper retention application (1.6), conferences and emails with E. Kardos, L. Capen, and E. Caldie regarding the same (.4).<br>Fee/Employment Applications | 2.00<br>450.0/hr | 900.0   |

HMX Acquisition Corp                                                                                              Page     7

|            |    |                                                                                                                                                                    | Hrs/Rate       | Amount |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------------|--------|
| 1/5/2013   | JD | Advise<br>Email to N. Khodorovsky regarding Zolfo retention application.<br>Fee/Employment Applications                                                            | 0.30<br>450.0/hr | 135.0  |
| 1/7/2013   | JD | Advise<br>Emails and conferences with E. Neiger and M. Udem regarding case status.<br>Case Administration                                                          | 0.30<br>450.0/hr | 135.0  |
|            | MU | Advise<br>Conference with E. Cadlie re: potential litigation claims (.2); email exchange re: same (.2); conf call with EN and JD re case status (.3)<br>Case Administration | 0.70<br>425.0/hr | 297.5  |
|            | EN | Advise<br>conference w/ MU and JD re case status (.3)<br>Case Administration                                                                                       | 0.30<br>450.0/hr | 135.0  |
| 1/8/2013   | JD | Advise<br>Review of proposed motion to modify Leonard Street retention (.6), including conferences with M. Udem regarding same (.2).<br>Fee/Employment Applications | 0.80<br>450.0/hr | 360.0  |
|            | MU | Advise<br>Email exchanges with E. Caldie and J. DiBattista re: motion to amend retention order<br>Fee/Employment Applications                                      | 0.30<br>425.0/hr | 127.5  |
|            | MU | Advise<br>Appear before Judge Gropper in connection with retention application and debtors' motions to reject certain executory contracts and leases<br>Asset Disposition | 0.80<br>425.0/hr | 340.0  |
|            | MU | Advise<br>Travel to/from hearing on retention application and debtors' motions to reject certain executory contracts and leases<br>Asset Disposition               | 1.50<br>212.5/hr | 318.8  |
| 1/9/2013   | MU | Advise<br>Review email correspondence from N. Khodorovsky re: motion to amend Leonard Street retention order<br>Fee/Employment Applications                        | 0.10<br>425.0/hr | 42.5   |
| 1/14/2013  | MU | Advise<br>Email exchange with E. Caldie re: timing of commencement of litigaiton in connection with Committee causes of action<br>Asset Analysis and Recovery      | 0.20<br>425.0/hr | 85.0   |

HMX Acquisition Corp                                                                                                                Page      8

|              |    |                                                                                                                    | Hrs/Rate      | Amount |
|--------------|----|--------------------------------------------------------------------------------------------------------------------|---------------|--------|
| 1/15/2013    | MU | Advise<br>Telephone call to J. Zajac re: debtors' records<br>Asset Analysis and Recovery                           | 0.10<br>425.0/hr | 42.5   |
| 1/22/2013    | MU | Advise<br>Prepare ASK LLP monthly fee statement<br>Case Administration                                             | 0.70<br>425.0/hr | 297.5  |
| 1/28/2013    | JD | Advise<br>Conferences with M. Udem regarding issues related to Zolfo Cooper retention.<br>Fee/Employment Applications | 0.30<br>450.0/hr | 135.0  |
|              | JD | Advise<br>Emails with E. Kardos regarding revisions to Zolfo Cooper retention.<br>Fee/Employment Applications       | 0.40<br>450.0/hr | 180.0  |
|              | JD | Advise<br>Conferences with N. Khodorovsky regarding revisions to Zolfo Cooper retention.<br>Fee/Employment Applications | 0.30<br>450.0/hr | 135.0  |
|              | MU | Advise<br>Conference with A. Schlitz re: additional disclosures of relationships with creditors<br>Case Administration | 0.20<br>425.0/hr | 85.0   |
| 1/30/2013    | JD | Advise<br>Conferences and emails with E. Kardos, L. Capen, E. Caldie and M. Udem regarding revisions to Zolfo Cooper retention application.<br>Fee/Employment Applications | 0.70<br>450.0/hr | 315.0  |
|              | MU | Advise<br>Email exchange and telephone conference with N. Khodorovsky re: amendments to Zolfo Cooper retention application in connection with debtors' comments<br>Fee/Employment Objections | 0.60<br>425.0/hr | 255.0  |
| 1/31/2013    | MU | Advise<br>Telephone conference with E. Kardos re: US Trustee comments to Zolfo's amended engagement<br>Fee/Employment Objections | 0.20<br>425.0/hr | 85.0   |
| 2/1/2013     | MU | Advise<br>Emails with L. Capen and N. Khodorovsky re: modifying proposed terms of Zolfo retention<br>Fee/Employment Objections | 0.50<br>425.0/hr | 212.5  |

HMX Acquisition Corp                                                                                    Page     9

|            |    |                                                                                                                                                                                                                                                                                                                                                     | Hrs/Rate        | Amount |
|------------|----|-----|-----|-----|
| 2/1/2013   | MU | Advise<br>Prepare draft notice of resolution of US Trustee's informal objection to ASK LLP first monthly fee statement<br>Fee/Employment Objections | 0.60<br>425.0/hr | 255.0 |
|            | JD | Advise<br>Emails with E. Kardos regarding finalizing retention documents of ZC.<br>Fee/Employment Applications | 0.50<br>450.0/hr | 225.0 |
| 2/4/2013   | MU | Advise<br>Draft notice of resolution of US Trustee's informal objections to first monthly fee statement of ASK LLP(1.2); email exchange with N. Khodorovsky re: comments to notice of resolution of US Trustee's informal objections to first monthly fee statement of ASK LLP (.3); conference with T. Knox re: filing notice of resolution of US Trustee's informal objection to first monthly fee statement of ASK LLP (.2)<br>Fee/Employment Objections | 1.70<br>425.0/hr | 722.5 |
|            | MU | Advise<br>Email exchange with L. Capen and E. Kardos re: finalizing and filing supplemental affidavit in support of retention of Zolfo Cooper (.4); telephone conference with N. Khodorovsky re: filing supplemental affidavit in support of retention of Zolfo Cooper (.1)<br>Fee/Employment Applications | 0.50<br>425.0/hr | 212.5 |
|            | MU | Advise<br>Telephone call to E. Reich re: access to debtors' record in connection with evaluation of potential preference claims<br>Asset Analysis and Recovery | 0.10<br>425.0/hr | 42.5 |
|            | JD | Advise<br>Emails with M. Udem regarding ZC retention documents.<br>Fee/Employment Applications | 0.30<br>450.0/hr | 135.0 |
| 2/5/2013   | MU | Advise<br>Review agenda and prepare for February 6, hearing<br>Case Administration | 0.50<br>425.0/hr | 212.5 |
| 2/6/2013   | MU | Advise<br>Appear before Judge Gropper in connection with omnibus hearing<br>Case Administration | 1.50<br>425.0/hr | 637.5 |
|            | MU | Advise<br>Travel to/from SDNY bankruptcy court in connection with omnibus hearing<br>Case Administration | 1.60<br>212.5/hr | 340.0 |

HMX Acquisition Corp                                                                                                    Page    10

|           |    |                                                                                                              | Hrs/Rate    | Amount |
|-----------|----|--------------------------------------------------------------------------------------------------------------|-------------|--------|
| 2/8/2013  | MU | Advise<br>Email exchange and telephone conferences with E. Caldie and L. Miskowiec re: supplemental disclosures by Leonard Street<br>Fee/Employment Applications | 0.50<br>425.0/hr | 212.5 |
| 2/12/2013 | MU | Advise<br>Telephone call to E. Reich re: production of data for preference analysis<br>Asset Analysis and Recovery | 0.10<br>425.0/hr | 42.5 |
| 2/13/2013 | BM | Advise<br>Teleconference with Jared Zajac re: debtor's records.<br>Asset Analysis and Recovery | 0.10<br>395.0/hr | 39.5 |
| 2/18/2013 | BM | Advise<br>Draft of subpoena for 2004 exam of the debtors.<br>Asset Analysis and Recovery | 1.30<br>395.0/hr | 513.5 |
| 2/19/2013 | MU | Advise<br>Telephone conference with A. Schlitz re: Leonard Street monthly fee statement<br>Fee/Employment Applications | 0.20<br>425.0/hr | 85.0 |
|           | BM | Advise<br>Teleconference with Jared Zajac re: debtor's records.<br>Asset Analysis and Recovery | 0.10<br>395.0/hr | 39.5 |
| 2/20/2013 | MU | Advise<br>Prepare ASK LLP January 2013 monthly fee statement<br>Fee/Employment Applications | 1.20<br>425.0/hr | 510.0 |
| 2/26/2013 | BM | Advise<br>Revise draft of subpoena for 2004 exam of debtors.<br>Asset Analysis and Recovery | 1.00<br>395.0/hr | 395.0 |
|           | BM | Advise<br>Draft of notice re: motion for 2004 subpoena.<br>Asset Analysis and Recovery | 0.30<br>395.0/hr | 118.5 |
|           | BM | Advise<br>Draft of motion for 2004 exam.<br>Asset Analysis and Recovery | 0.50<br>395.0/hr | 197.5 |
|           | BM | Advise<br>Draft of order granting motion for 2004 exam.<br>Asset Analysis and Recovery | 0.20<br>395.0/hr | 79.0 |

HMX Acquisition Corp                                                                                                Page    11

|            |    |                                                                                                             | Hrs/Rate      | Amount |
|------------|----|-------------------------------------------------------------------------------------------------------------|---------------|--------|
| 3/7/2013   | MU | Advise<br>Conference with A. Schlitz re: preparation of interim fee applications<br>Fee/Employment Applications | 0.50<br>425.0/hr | 212.5  |
| 3/8/2013   | SH | Advise<br>Prepare monthly and interim fee applications.<br>Fee/Employment Applications                      | 0.80<br>325.0/hr | 260.0  |
| 3/18/2013  | SH | Advise<br>Review Interim Application for Professional Services; correspondence w/ A Schlitz re: the same.<br>Fee/Employment Applications | 3.00<br>325.0/hr | 975.0  |
| 4/1/2013   | MU | Advise<br>Conference with S. Hakakian re: preparation of interim fee application<br>Fee/Employment Applications | 0.40<br>425.0/hr | 170.0  |
|            | SH | Advise<br>Draft interim application<br>Fee/Employment Applications                                          | 2.00<br>325.0/hr | 650.0  |
| 4/2/2013   | SH | Advise<br>Draft Interim Application<br>Fee/Employment Applications                                          | 1.90<br>325.0/hr | 617.5  |
| 4/4/2013   | SH | Advise<br>Draft Interim Application<br>Fee/Employment Applications                                          | 2.10<br>325.0/hr | 682.5  |
| 4/9/2013   | SH | Advise<br>Draft Interim Application<br>Fee/Employment Applications                                          | 3.00<br>325.0/hr | 975.0  |
| 4/10/2013  | SH | Advise<br>Draft Interim Application<br>Fee/Employment Applications                                          | 1.40<br>325.0/hr | 455.0  |
| 4/11/2013  | MU | Advise<br>Review/revise interim fee application<br>Fee/Employment Applications                              | 1.60<br>425.0/hr | 680.0  |
|            | SH | Advise<br>Revise Interim Application<br>Fee/Employment Applications                                         | 1.40<br>325.0/hr | 455.0  |
| 4/12/2013  | SH | Advise<br>Revise Interim Application<br>Fee/Employment Applications                                         | 0.50<br>325.0/hr | 162.5  |

HMX Acquisition Corp                                                                                          Page    12

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/15/2013 MU | Advise<br>Confer with T. Knox, re: filing, service and hearing on Zolfo Cooper final fee application<br>Fee/Employment Applications | 0.30<br>425.0/hr | 127.5 |
| 4/18/2013 MU | Advise<br>Review/finalize monthly fee statement<br>Fee/Employment Applications | 0.30<br>425.0/hr | 127.5 |
| 5/7/2013 MU | Advise<br>Conference with A. Schlitz re: outstanding issues in connection with filing of final fee applications<br>Fee/Employment Applications | 0.30<br>425.0/hr | 127.5 |
| 5/8/2013 EN | Advise<br>Meeting with E. Reich and K Regland re data and sources of data (4.1); review data in connection in connection with potential avoidance actions (1)<br>Asset Analysis and Recovery | 5.10<br>450.0/hr | 2,295.0 |
| EN | Advise<br>Travel time to and from Rochester NY<br>Case Administration | 5.00<br>225.0/hr | 1,125.0 |
|  | For professional services rendered | 115.10 | $43,586.3 |

Additional Charges :

|  |  | Qty/Price |  |
|---|---|---|---|
| 11/19/2012 | Misc.<br>Court fee to the NY Southern District - Pro Hac Vice Motion. (2 payments for $200 each)<br>One Pro Hac Vice Motion was for Edwin H. Caldie, Esq., the other was for Robert T. Kugler, Esq. | 1<br>400.0 | 400.0 |
| 11/27/2012 | Copying cost<br>Service of Objections to Motions<br>Postage = $2.30 x 28 = $64.40<br>Copies = 39 pages x 28 = 1092 copies x .10 = $109.20 | 1<br>173.6 | 173.6 |
| 12/11/2012 | Lexis<br>Lexis | 1<br>13.1 | 13.1 |
| 12/31/2012 | Pro Hac Fees | 1<br>200.0 | 200.0 |

HMX Acquisition Corp                                                                                        Page    13

|            |                                                                          | Qty/Price | Amount |
|------------|--------------------------------------------------------------------------|-----------|--------|
| 12/31/2012 | Copying cost<br>Copying cost                                             | 1,920<br>0.1 | 192.0 |
|            | Postage<br>Postage                                                       | 1<br>145.5 | 145.5 |
|            | Telephone                                                                | 1<br>0.3  | 0.3    |
|            | Lexis<br>Lexis                                                           | 1<br>13.1 | 13.1   |
|            | Trans<br>cab fare for sale hearing on 12/19                              | 1<br>8.2  | 8.2    |
| 1/1/2013   | Trans<br>transportation for hearing 12/19                                | 1<br>5.0  | 5.0    |
| 1/22/2013  | FedEx<br>FedEx                                                           | 1<br>99.5 | 99.5   |
| 1/31/2013  | Telephone                                                                | 1<br>43.5 | 43.5   |
|            | Copying cost<br>Copying cost                                             | 2,880<br>0.1 | 288.0 |
|            | Postage<br>Postage                                                       | 1<br>147.2 | 147.2 |
| 2/5/2013   | Copying cost<br>320 Photocopies at .10 per page for service on parties   | 320<br>0.1 | 32.0  |
| 2/28/2013  | FedEx<br>FedEx                                                           | 1<br>196.1 | 196.1 |
|            | Copying cost<br>Copying cost                                             | 245<br>0.1 | 24.5  |
|            | Postage<br>Postage                                                       | 1<br>39.2 | 39.2   |
|            | Telephone                                                                | 1<br>5.7  | 5.7    |
|            | Trans<br>travel to hearing on 1/8                                        | 1<br>17.9 | 17.9   |

HMX Acquisition Corp                                                                                         Page    14

|            |                                                                                                      | Qty/Price | Amount |
|------------|------------------------------------------------------------------------------------------------------|-----------|--------|
| 3/28/2013  | Postage<br>Postage for parties on Service List.                                                      | 30<br>0.5 | 13.8   |
| 3/31/2013  | Telephone                                                                                            | 1<br>26.3 | 26.3   |
|            | Lexis<br>Lexis                                                                                       | 1<br>65.1 | 65.1   |
|            | Trans<br>Travel to hearing on 2/6                                                                    | 1<br>21.9 | 21.9   |
| 4/15/2013  | Postage<br>Postage for service of Notice of Hearing for ASK LLP on 27 parties                        | 27<br>0.5 | 12.4   |
| 4/16/2013  | Postage<br>Postage for service of Declaration of Disinterestedness for KCP Advisory Group on 27 parties | 27<br>0.5 | 12.4   |
| 4/18/2013  | Postage<br>Postage for service of Leonard, Street and Deinard's Notice of Resolution on 28 parties   | 28<br>0.5 | 12.9   |
| 4/23/2013  | Postage<br>Postage for service of on 29 parties                                                      | 29<br>0.5 | 13.3   |
| 5/1/2013   | FedEx<br>FedEx                                                                                       | 1<br>19.3 | 19.3   |
| 5/3/2013   | Postage<br>Postage for  service of Notice of Adjournment of hearing on service list                  | 56<br>0.5 | 25.8   |
| 5/8/2013   | Trans<br>cab fair to airport                                                                         | 1<br>85.8 | 85.8   |
|            | Trans<br>plane tickets to rochester                                                                  | 1<br>357.8 | 357.8 |

|                         |              |
|-------------------------|--------------|
| Total additional charges | $2,711.2    |
| Total amount of this bill | $46,297.5 |
| Balance due              | $46,297.5   |